**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:19-CR-00027-1 (WLS-TQL) |
| | : |
| KENDRICK D. BRADLEY, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

The Court received the letter filed at Doc. 157 on July 30, 2021. Because of the sensitive nature of the document, the letter is sealed and shall be made available only to Attorney Timothy Saviello and counsel for the Government. Both counsel shall review the letter and confer about any action that should be taken as to its contents.

To the extent his request for documents and other materials is a motion, it is **DENIED WITHOUT PREJUDICE**. Defendant is represented by counsel in this action who must file motions on his behalf, any documents should be requested from that counsel, and Defendant has no other action before the Court that would warrant the Court providing him any documents or other items.

**SO ORDERED**, this 4th day of August 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1